CAROLINE STOTT, Appellant, v. THE VILLAGE OF SKANEATELES et al., Respondents.

*Stott* v. *Village of Skaneateles*, 143 App. Div. 959, affirmed.
(Argued January 22, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 4, 1911, affirming a judgment in favor of defendants entered upon the report of a referee in an action to recover possession of land.

*George Barrow* for appellant.

*F. E. Stone* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.